**Law Offices of Charles F. Bourdon**
**Attorneys at Law**
**CHARLES F. BOURDON, SBN 84782**
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Fax: (415) 865-0376

**Law Offices of Daniel Byrne**
**Attorneys at Law**
**DANIEL BYRNE, SBN 133074**
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5200
Fax: (415) 865-0376

Counsel for Defendant:
**JUN XIONG WANG**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. S-07-0025 EJG |
| Plaintiff, ) | **ORDER PERMITTING TRAVEL** |
| vs. ) | |
| Jun Xiong Wang, ) | |
| Defendant. ) | |

Pursuant to the ex parte application submitted by Defendant Jun Xiong Wang, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Wang shall be permitted to travel to the following location outside the Northern District of California for the following dates:

August 19, 2007 to August 26, 2007; Honolulu, Hawaii

IT IS FURTHER ORERED that Defendant Jun Xiong Wang is permitted to remain outside the Northern District of California during this time and that he shall provide to Pretrial Services Agency his itinerary and contact information, and that he shall comply with any conditions imposed by the Pretrial Services Agency in connection with this travel.

1     IT IS SO ORDERED

3   Dated: July 10, 2007                         /s/ Edward J. Garcia
                                                  EDWARD J. GARCIA, JUDGE
                                                  United States District Court