Law Offices of Charles F. Bourdon
Attorneys at Law
By: CHARLES F. BOURDON, SBN 84782
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Fax: (415) 865-0376

Law Offices of Daniel Byrne
Attorneys at Law
DANIEL BYRNE, SBN 133074
179 - 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5200
Fax: (415) 865-0376

Attorneys for Defendant
JUN XIONG WANG

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUN XIONG WANG,

    Defendant.

Case No. S-07-0025 EJG

**ORDER PERMITTING TRAVEL**

    Pursuant to the stipulation submitted by Defendant Jun Xiong Wang, with the consent of the supervising Pretrial Services Officer handling this matter, and good cause appearing,

    IT IS HEREBY ORDERED that Defendant Wang shall be permitted to travel to the following location outside the Northern District of California for the following dates: February 22, 2008 to February 24, 2008 to Reno, Nevada.

    IT IS FURTHER ORDERED that Defendant Jun Xiong Wang is permitted to remain outside the Northern District of California during this time and that he shall provide to Pretrial Services Agency his itinerary and contact information, and that he shall comply with any conditions imposed by the Pretrial Services Agency in connection with this travel.

IT IS SO ORDERED

Dated: 2/21/08

EDWARD J. GARCIA
United States Magistrate Judge