**Law Offices of Charles F. Bourdon**
**Attorneys at Law**
**By: CHARLES F. BOURDON, SBN 84782**
179 – 11th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5100
Fax: (415) 865-0376

**Law Offices of Daniel Byrne**
**Attorneys at Law**
**DANIEL BYRNE, SBN 133074**
510 - 7th Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 864-5200
Fax: (415) 865-0331

Attorneys for Defendant
**JUN XIONG WANG**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-07-0025 EJG |
| Plaintiff, | **ORDER PERMITTING TRAVEL** |
| vs. | |
| JUN XIONG WANG, | |
| Defendant. | |

    Pursuant to the stipulation submitted by Defendant Jun Xiong Wang, with the consent of the supervising Pretrial Services Officer and Robert M. Twiss, the United States Attorney handling this matter and good cause appearing,

    IT IS HEREBY ORDERED that Defendant Wang shall be permitted to travel to the following location outside the Eastern and Northern Districts of California for the following dates:   July 4, 2008 to July 7, 2008 to Los Angeles, California.

    IT IS FURTHER ORDERED that Defendant Jun Xiong Wang is permitted to remain outside the Eastern and Northern Districts of California during this time and that he shall provide to Pretrial Services Agency his itinerary and contact information, and that he shall comply with any conditions imposed by the Pretrial Services Agency in connection with this travel.  Pretrial

1 | Services is also recommending the travel condition be amended to included the following:
2 | "Your travel is restricted to the Eastern and Northern District of California without the
3 | prior consent of the Pretrial Services Officer.  All other conditions shall remain in effect".

**IT IS SO ORDERED**

Dated:  June 16, 2008.

_____
U.S. MAGISTRATE JUDGE