1  **CHARLES F. BOURDON, SBN: 84782**
   **LAW OFFICES OF CHARLES F. BOURDON**
2  **179 - 11th Street, 2nd Floor**
   **San Francisco, California  94103**
3  **Telephone: (415) 864-5100**
   **Fax: (415) 865-0376**
4
   Attorneys for Defendant
5  **JUN XIONG WANG**

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF CALIFORNIA       )   No. S-07-025 EJG
                                     )
10              Plaintiff,            )
                                     )   **ORDER TO CONTINUE DATE FOR**
11     v.                             )   **ENTRY OF PLEA**
                                     )
12                                    )
                                     )
13 JUN XIONG WANG,                    )   **Date: September 19, 2008**
                                     )   **Time: 9:00 a.m.**
14              Defendant.            )   **Judge: Hon. Edward J. Garcia**
   _____)

15

16         In accordance with the Stipulation of the Parties, and for good cause shown, it is hereby

17 ordered that the trial confirmation hearing presently scheduled for September 19, 2008 and the jury

18 trial presently scheduled for October 6, 2008 be vacated.  The matter is continued to October 24,

19 2008 for entry of plea of guilty by defendant Jun Xiong Wang.

20         The court hereby finds that time is excludable under Title 18, United States Code, Section

21 3161(h)(8)(B)(iv) due to needs of counsel to prepare and continuity of counsel, that an exclusion

22 meets the needs of justice, and therefore the time should be excluded. Therefore the period

23 between the date of this order and October 24, 2008 is excluded from the computation under the

24 Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) [Local

25 Code T4].

26         IT IS SO ORDERED:

27 Dated: September 17, 2008            /s/ Edward J. Garcia
                                       _____
28                                     HON. EDWARD J. GARCIA
                                       Senior United States District Court Judge