**CHARLES F. BOURDON, SBN: 84782**
**LAW OFFICES OF CHARLES F. BOURDON**
179 - 11th Street, 2nd Floor
San Francisco, California  94103
**Telephone: (415) 864-5100**
**Fax: (415) 865-0376**

Attorneys for Defendant
**JUN XIONG WANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA ) | No. S-07-025 EJG |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE DATE FOR** |
| v. ) | **ENTRY OF PLEA** |
| ) | |
| JUN XIONG WANG, ) | Date: October 24, 2008 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |

In accordance with the Stipulation of the Parties, and for good cause shown, it is hereby ordered that the entry of plea presently scheduled for October 24, 2008 be vacated.  The matter is continued to November 7, 2008 for entry of plea by defendant Jun Xiong Wang.

The court hereby finds that time is excludable under Title 18, United States Code, Section 3161(h)(8)(B)(iv) due to needs of counsel to prepare and continuity of counsel, that an exclusion meets the needs of justice, and therefore the time should be excluded. Therefore the period between the date of this order and November 7, 2008 is excluded from the computation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv) [Local Code T4].

IT IS SO ORDERED:

Dated: October 2, 2008          /s/ Edward J. Garcia

HON. EDWARD J. GARCIA
Senior United States District Court Judge