1  LAWRENCE G. BROWN
   Acting U.S. Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  (916) 554-2770 (office)
   (916) 554-2900 (fax)
5
6
7
8         IN THE UNITED STATES DISTRICT COURT FOR THE
9                EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   CR.-S-07-0025-EJG
                                )
12      PLAINTIFF,               )   STIPULATION AND
                                )   ORDER CONTINUING JUDGMENT
13      v.                       )   AND SENTENCE TO
                                )   MARCH 20, 2009
14 WEI JIE MA, et al.,           )
                                )
15                              )
        DEFENDANTS.              )
16 _____)
17
18      Plaintiff United States of America, by its counsel, Assistant
19 United States Attorney, Heiko P. Coppola, and defendant Jun Xiong
20 Wang, by his attorney, Charles Bourdon, hereby stipulate and agree
21 that the Judgment and Sentencing date calendared for **Wednesday,**
22 **February 4, 2009, at 10:00 a.m.** before the Honorable Senior
23 District Court Judge, Edward J. Garcia, may be continued to **Friday,**
24 **March 20, 2009, at 10:00 a.m.**
25      There is no requirement for any excludable time under the
26 Speedy Trial Act since the defendant has pled guilty.
27      The Court's courtroom deputy, Ms. Colleen Lydon, was contacted
28 to ensure the Court's calendar was available for that date and the

1

Court is available on Friday, March 20, 2009. The U.S. Probation Officer also has no objection to continuing this matter until March 20, 2009.

                                Respectfully submitted,

                                LAWRENCE G. BROWN
                                Acting U.S. Attorney

DATED: 2-3-09              /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

DATED: 2-3-09              /s/ Charles Bourdon[1]
                                CHARLES F. BOURDON
                                Attorney for Defendant Jun Xiong Wang

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 3, 2009.

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                Senior U.S. District Judge

---

[1] Mr. Bourdon telephonically authorized AUSA Coppola to sign this stipulation.