CHARLES F. BOURDON, SBN: 84782
LAW OFFICES OF CHARLES F. BOURDON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
Telephone: (415) 864-5100
Fax: (415) 865-0376

Attorneys for Defendant
**JUN XIONG WANG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> JUN XIONG WANG, <br><br> Defendant. | No. S-07-025 EJG <br><br> **ORDER CONTINUING SENTENCING DATE** |

In accordance with the Stipulation of the Parties, and for good cause shown, it is hereby ordered that the sentencing presently scheduled for March 20, 2009 be vacated. The matter is continued to April 10, 2009 at 10:00 a.m. for sentencing of defendant Jun Xiong Wang.

IT IS SO ORDERED:

Dated: March 19, 2009          /s/ Edward J. Garcia

                                       HON. EDWARD J. GARCIA
                                       Senior United States District Court Judge