**CHARLES BOURDON, SBN 84782**
Attorney at Law
**179 11th St 2nd Fl**
**San Francisco, CA 94103**
**Tel. (415) 864-5100**
**Fax (415) 865-0376**

Attorney for Defendant
**JUN XIONG WANG**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. S-07-CR-0025-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY** |
| v. | |
| JUN XIONG WANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff, United States of America, and defendant, Jun Xiong Wang, that the bond posted to secure Mr. Wang's release may be exonerated and the property used to secure his bond may be reconveyed to the surety.

On January 25, 2007, Mr. Wang was indicted by a grand jury for violations of 21 U.S.C sections 846 and 841(a)(1).On February 9, 2007, Mr. Wang was arraigned and entered a plea of not guilty. On March 14, 2007, Irene Ai Yung Lo signed a real property bond as security for the release of Mr. Wang on bail, ordered in the amount of $100.000.00. On April 9, 2009, Mr. Wang pled guilty to violating 21 U.S.C sections 846 and 841(a)(1).

1   On April 9, 2009 Mr. Wang was sentenced pursuant to a plea agreement to 46 months
2   imprisonment for each count and ordered to pay a fine in the amount of $3,000.00 and a
3   special assessment fee in the amount of $200.00. Mr. Wang's period of supervised release
4   began on September 2, 2011 and ended on September 1, 2014. Mr. Wang has completed his
5   sentence and is longer under the supervision of this court.

6   In light of the above, the parties agree that the bond may be exonerated and any liens on
7   the property securing Mr. Wang's release may be removed.

8   IT IS SO STIPULATED

9   Dated: June 3, 2015

                                            _____/s/_____
                                            Charles F. Bourdon
                                            Attorney for Defendant
                                            JUN XIONG WANG

Dated: June 3, 2015

                                            _____/s/_____
                                            Heiko Coppola
                                            Assistant United States Attorney

**ORDER**

The bond posted to secure the release of defendant Wang is exonerated. The Clerk of the Court shall immediately reconvey the real property posted to secure Mr. Wang's release.

IT IS SO ORDERED

Dated: June 4, 2015.

                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE